**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JESSICA BOSTER,**

    **Plaintiff,**

  **v.**

**FAIRFIELD COUNTY, OHIO,** *et al.*,

    **Defendants.**

:
:
:
:
:
:
:
:
:
:
:
:

  **Case No. 2:25-cv-01228
Judge Edmund A. Sargus, Jr.
Magistrate Judge S. Courter M. Shimeall**

## <u>ORDER</u>

This matter is before the Court on *pro se* Plaintiff's Motion for an Extension of Time to serve and Identify John Doe Defendant (ECF No. 6), and Motion to Compel Identification of John Doe Defendant (ECF No. 7.)

On February 18, 2026, the District Judge adopted the Magistrate Judge's Report and Recommendation, which allowed Plaintiff's First Amendment claim, Fourth Amendment claim, and state law claims against Defendants Matheney, Lape, Gasser, and John Doe to proceed. (ECF No. 4.) Thereafter, on February 20, 2026, the Magistrate Judge ordered Plaintiff to provide completed USMS-285 forms and service copies of her Complaint for each Defendant. (ECF No. 5.) Instead of doing so, Plaintiff sought an extension of time and a motion to compel the identity of John Doe Defendant. (ECF Nos. 6 & 7.) To date, Plaintiff has failed to provide any completed USMS-285 forms or service copies of her Complaint for any of the named Defendants.

As an initial matter, the Court **GRANTS** Plaintiff's Motion for an Extension of Time to Serve and Identify John Doe Defendant (ECF No. 6), and **DENIES WITHOUT PREJUDICE** Plaintiff's Motion to Compel Identification of John Doe Defendant (ECF No. 7). Plaintiff should

utilize the discovery tools available to her to obtain the identity of John Doe.  *See Burnett v. Marschke*, No. 2:09-CV-225, 2010 WL 502712, at \*3 (W.D. Mich. Feb. 5, 2010) ("The use of the fictitious names of Jane and John Doe is permitted only in limited circumstances, and only in the context where there is at least one named party and discovery from that party may eventually allow the true identity of the Jane or John Doe to be discovered.").  Plaintiff is directed to the Pro Se Litigants Handbook, under "Forms" on the Southern District of Ohio's website, for information on federal discovery procedures.

Additionally, Plaintiff cannot delay service of the other Defendants while waiting to obtain the identity of John Doe.  Plaintiff is therefore **ORDERED** to provide completed USMS-285 forms or service copies of her Complaint within **thirty (30) days of the date of this Order**.  Plaintiff is cautioned that failure to provide these documents within this timeframe could result in the Undersigned's recommendation that this case be dismissed under Federal Rule of Civil Procedure 4(m).

Finally, the Court will give Plaintiff an additional **sixty (60) days from the date of this Order** to identify and effectuate proper service on the unidentified Doe Defendant.

**IT IS SO ORDERED.**

/s/ S. Courter M. Shimeall
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**

2